IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **FRANCIS X. DOUGHERTY,** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 12-1001 |
| | : | |
| **SCHOOL DISTRICT OF PHILADELPHIA et al,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this \_\_\_\_ day of December, 2012, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 14); Plaintiff's Response in Opposition thereto (Doc. 17); Defendants' Reply (Doc. 23); and Plaintiff's Sur-Reply (Doc. 25), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**.[1]

                    **BY THE COURT:**

                    **/s/ Petrese B. Tucker**

                    _____
                    **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated December \_\_\_\_, 2012.